UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PERRY B. MONROE, II, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF CHRISTOPHER T. MONROE, DECEASED, | § § § § § § § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-07-cv-3528 |
| | § | |
| ERINYS, a/k/a ERINYS INTERNATIONAL, a/k/a ERINYS IRAQ LIMITED, | § § § § | |
| Defendants. | § | |

## MEMORANDUM AND ORDER

Before the Court is Defendants' Motion for Leave to File a Second Amended Answer (Doc. No. 24). After considering the parties' filings and the applicable law, the Court holds that Defendants' Motion is **GRANTED**. Defendants' Amended Answer is pled with enough specificity to provide Plaintiff with fair notice of the affirmative defenses. 5 WRIGHT & MILLER, FEDERAL PRACTICE AND PROCEDURE: CIVIL § 1274 (3d ed. 2004); *American Motorists Ins. Co. v. Napoli*, 166 F.2d 24, 26 (5th Cir. 1948).

IT IS SO ORDERED.

SIGNED at Houston, Texas, on this the 21st day of October, 2008.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO ENSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.